UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **THE ESTATE OF MICHAEL SCHWARTZ**, and **BRENDA FISCHER** | ) ) ) |
| Plaintiffs, | ) ) Cause No.:     4:16-CV-00673 JMB |
| vs. | ) ) |
| **ASSISTED RECOVERY CENTERS OF AMERICA, LLC, et al.** | ) ) ) |
| Defendants. | ) |

## PLAINTIFF'S REQUEST FOR ISSUANCE OF SUMMONS

**COMES NOW,** Plaintiff, by and through counsel, and respectfully requests this Court to issue a summons for the following Defendants:

Sheryl Castro
1420 Ro Jo Ja
Arnold, MO  63010

Dr. Paul N. Selvadurai
20 Lake Forest Drive
St. Louis, MO  63117

Counsel for Plaintiff previously filed a Notice of Intent to Use Special Process Server with attached Summons in a Civil Case (Documents 3 and 4), on June 7, 2016.

                Respectfully submitted,
                THE BAGSBY LAW FIRM

                /s/     Larry A. Bagsby
                Larry A. Bagsby, #37296
                125 North Main Street, Suite 204
                St. Charles, MO  63301
                (636) 244-5595 telephone
                (636) 244-5596 facsimile
                larrybagsby@aol.com
                *Attorney for Plaintiffs*