UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **THE ESTATE OF MICHAEL SCHWARTZ**, and **BRENDA FISCHER** | ) ) ) | |
| Plaintiffs, | ) ) | Cause No.:    4:16-CV-00673 MFG |
| vs. | ) ) | |
| **ASSISTED RECOVERY CENTERS OF AMERICA, LLC, et al.** | ) ) ) | |
| Defendants. | ) | |

**PLAINTIFFS' MOTION TO VACATE PLAINTIFFS' VOLUNTARY DISMISSAL WITHOUT PREJUDICE AGAINST DEFENDANT SHERYL CASTRO ONLY (DOCUMENT 56), AND THE COURT'S ORDER OF SEPTEMBER 14, 2016 (DOCUMENT 57)**

COMES NOW, counsel for Plaintiffs, and hereby requests leave to withdraw their voluntary dismissal without prejudice (Document 56) and the Court's Order of September 14, 2016 (Document 57), granting the voluntary dismissal.  In support thereof, Plaintiffs state as follows:

1. On September 9, 2016, the parties appeared before this Court regarding a scheduled Rule 16 conference and other motions pending before the Court.

2. An issue arose regarding the Court's ability to exercise jurisdiction while Defendant Sheryl Castro remained a party-defendant, but had not consented to the case proceeding before Magistrate Bodenhousen.

3. On September 13, 2016, Plaintiffs filed a voluntary dismissal without prejudice as to Defendant Sheryl Castro only to cure the jurisdictional issue before Judge Bodenhousen. Plaintiffs were unaware of issues related to Sheryl Castro's bankruptcy and the availability of insurance until the following day, September 14, 2016, which require her to remain a party-defendant.

4. Five (5) minutes before filing this motion, literally, the Court entered an Order granting the Motion to Voluntarily Dismiss Sheryl Castro.

5. Plaintiffs now request this Court to vacate the Order granting Plaintiffs' Voluntary Dismissal of Defendant Sheryl Castro. Plaintiffs do withdraw their Voluntary Dismissal of Defendant Sheryl Castro.

WHEREFORE, for the foregoing reasons, Plaintiffs respectfully request this Court to vacate the Order granting Plaintiffs' Voluntary Dismissal of Defendant Sheryl Castro, and Plaintiffs do withdraw their Voluntary Dismissal of Defendant Sheryl Castro.

Respectfully submitted,

| THE BAGSBY LAW FIRM | LAW OFFICE OF KARIE PENNNINGTON, LLC |
|---|---|
| /s/   Larry A. Bagsby | /s/   Karie M. Pennington |
| Larry A. Bagsby, #37296 | Karie M. Pennington, #65692 |
| 125 North Main Street, Suite 204 | 3115 South Grand Blvd., Suite 350D |
| St. Charles, MO  63301 | St. Louis, MO  63118 |
| (636) 244-5595 telephone | (314) 681-9000 telephone |
| (636) 244-5596 facsimile | Karie@lawyerup314.com |
| larrybagsby@aol.com | |
| *Counsel for Plaintiffs* | *Co-Counsel for Plaintiffs* |

## CERTIFICATE OF SERVICE

A copy of the foregoing was electronically filed and served this 14th day of September, 2016, to:

Jonathan Ries
Mohsen P.K. Pasha
Sandberg Phoenix & von Gontard, PC
600 Washington Avenue – 15th Floor
St. Louis, MO 63101-1313
*Counsel for Defendants Assisted Recovery Centers of America, LLC, Percy Menzies, Judealyne Menzies, Suneal Menzies, Tim Dalaviras, PhD, Andrea Shaw and Katherine Kruse*

and

Mandy J. Kamykowski
Michael C. Schroeder
Kamykowski, Gavin & Smith, PC
287 N. Lindbergh Blvd.
St. Louis, MO  63141
*Counsel for Defendant Paul N. Selvadurai, MD*

/s/    Larry A. Bagsby