UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | | |
|---|---|---|
| **THE ESTATE OF MICHAEL SCHWARTZ**, and **BRENDA FISCHER** | ) ) ) | |
| Plaintiffs, | ) ) | Cause No.:   4:16-CV-00673 JMB |
| vs. | ) ) | |
| **ASSISTED RECOVERY CENTERS OF AMERICA, LLC, et al.** | ) ) ) | |
| Defendants. | ) | |

## PLAINTIFFS' STATUS REPORT REGARDING ADDITIONAL PARTIES TO THE CASE

COME NOW, Plaintiffs, by and through counsel, for and for their Status Report Regarding Additional Parties to the Case, states as follows:

1. On October 28, 2016, Plaintiffs filed a First Amended Complaint.  The Amended Complaint added two (2) additional party defendants, Sheryl Castro and Shannon Jennings, MD.

2. Responsive pleadings are due from both Defendants on November 28, 2016.

3. With the exception of the new additional party defendants, all parties have consented to this Court exercising jurisdiction over the case.

4. Defendant ARCA and its employees have filed a Motion to Dismiss the First Amended Complaint under Rule 12(b)(6).  Defendant Paul Selvadurai, MD has filed the same Motion.  Plaintiffs' responses to those Motions are due December 2, 2016.

5. As to this Court's continuing exercise of jurisdiction over the case, Plaintiffs would request an additional thirty (30) days for the newly added party defendants and their counsel to file their Consents to Magistrate Jurisdiction, or, their option for district court.

6. Plaintiffs further request this Court to reset this case allowing Plaintiffs to file an updated status report, up to and including, December 21, 2016.

WHEREFORE, for the foregoing reasons, Plaintiffs are requesting this Court to continue this matter to December 21, 2016 for status report.

Respectfully submitted,

| | |
|---|---|
| THE BAGSBY LAW FIRM | LAW OFFICE OF KARIE PENNNINGTON, LLC |
| /s/    Larry A. Bagsby | /s/    Karie M. Pennington |
| Larry A. Bagsby, #37296 | Karie M. Pennington, #65692 |
| 125 North Main Street, Suite 204 | 3115 South Grand Blvd., Suite 350D |
| St. Charles, MO  63301 | St. Louis, MO  63118 |
| (636) 244-5595 telephone | (314) 681-9000 telephone |
| (636) 244-5596 facsimile | Karie@lawyerup314.com |
| larrybagsby@aol.com | |
| *Counsel for Plaintiffs* | *Co-Counsel for Plaintiffs* |

### CERTIFICATE OF SERVICE

A copy of the foregoing was electronically filed and served this 21st day of November, 2016, to:

Jonathan Ries
Mohsen P.K. Pasha
Sandberg Phoenix & von Gontard, PC
600 Washington Avenue – 15th Floor
St. Louis, MO 63101-1313
*Counsel for Defendants Assisted Recovery Centers of America, LLC, Percy Menzies, Judealyne Menzies, Suneal Menzies, Tim Dalaviras, PhD, Andrea Shaw and Katherine Kruse*

and

Mandy J. Kamykowski
Michael C. Schroeder
Kamykowski, Gavin & Smith, PC
287 N. Lindbergh Blvd.
St. Louis, MO  63141
*Counsel for Defendant Paul N. Selvadurai, MD*

                                                      /s/    Larry A. Bagsby