UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| **THE ESTATE OF MICHAEL SCHWARTZ**, and **BRENDA FISCHER** ) ) ) | |
| Plaintiffs, ) | Cause No.:    4:16-CV-00673 JMB |
| vs. ) ) | |
| **ASSISTED RECOVERY CENTERS OF AMERICA, LLC, et al.** ) ) ) | |
| Defendants. ) | |

## PLAINTIFFS' EXHIBIT LIST TO:

## PLAINTIFFS' CONSOLIDATED MEMORANDUM OF LAW IN OPPOSITION TO ALL DEFENDANTS' MOTIONS TO DISMISS AND/OR SUMMARY JUDGMENT

Exhibit 1A    Affidavit of Attorney Larry A. Bagsby

Exhibit 1B    Deposition of Paul Koessel

Exhibit 2     Orders of Probation with special conditions from each of the three (3) circuit courts

Exhibit 3     Community Treatment and Recovery Service Referral Form

Exhibit 4     Collection of letters from ARCA to Michael's probation officers regarding his treatment and progression

Exhibit 5     Collection of Michael's "NOTICE OF CITATIONS" which was generated by the Hillsboro office to each of the three (3) circuit court judges

Exhibit 6     Orders of Probation

Exhibit 7     List of Authorized Out-Patient Service Providers

Exhibit 8     HIPPA medical records release authorization

Exhibit 9     Three (3) party contract identifying responsibilities of ARCA, Probation Officer, and Probationer

Exhibit 10    Authorization for Disclosure of Consumer Medical/Health Information

Exhibit 11     DOC/DMH Community Treatment and Recovery Services Referral Form

Exhibit 12     Field Violation Report – November 28, 2011 (from Exhibit 5), recommending revocation of probation and capias warrant because of ARCA counselor, Ned Presnall, phone calls regarding violations of probation.

Exhibit 13     Physician Directory locator on *Web*MD for Shannon M. Jennings, MD

Exhibit 14     Physician Directory locator on www.healthgrades.com for Shannon M. Jennings, MD

Exhibit 15     Physician Directory locator on www.medicinenet.com for Shannon M. Jennings, MD

Exhibit 16     Physician Directory locator on www.yellowpages.com for Shannon M. Jennings, MD

Respectfully submitted,
THE BAGSBY LAW FIRM                                LAW OFFICE OF KARIE PENNNINGTON, LLC


/s/    Larry A. Bagsby                              /s/    Karie M. Pennington
Larry A. Bagsby, #37296                            Karie M. Pennington, #65692
125 North Main Street, Suite 204                   3115 South Grand Blvd., Suite 350D
St. Charles, MO  63301                             St. Louis, MO  63118
(636) 244-5595 telephone                           (314) 681-9000 telephone
(636) 244-5596 facsimile                           Karie@lawyerup314.com
larrybagsby@aol.com
*Counsel for Plaintiffs*                           *Co-Counsel for Plaintiffs*


## CERTIFICATE OF SERVICE

A copy of the foregoing was electronically filed and served this 2nd day of December, 2016, to:

Jonathan Ries
Mohsen P.K. Pasha
Sandberg Phoenix & von Gontard, PC
600 Washington Avenue – 15th Floor
St. Louis, MO 63101-1313
*Counsel for Defendants Assisted Recovery Centers of America, LLC, Percy Menzies, Judealyne Menzies, Suneal Menzies, Tim Dalaviras, PhD, Andrea Shaw and Katherine Kruse*

Mandy J. Kamykowski
Michael C. Schroeder
Kamykowski, Gavin & Smith, PC
287 N. Lindbergh Blvd.
St. Louis, MO  63141
*Counsel for Defendant Paul N. Selvadurai, MD*

Richard J. Behr
John P. Torbitzky
Behr, McCarter & Potter, PC
7777 Bonhomme Avenue, Suite 1400
St. Louis, MO  63105
*Counsel for Defendant Sheryl Castro*

                                             /s/     Larry A. Bagsby