CHECK YOUR SYMPTOMS   FIND A DOCTOR   FIND LOWEST DRUG PRICES        SIGN IN   SIGN UP   SUBSCRIBE

**WebMD**   HEALTH A-Z   DRUGS & SUPPLEMENTS   LIVING HEALTHY   FAMILY & PREGNANCY   NEWS & EXPERTS    SEARCH

Physician Directory » Psychiatry »

Missouri » Saint Louis » Dr. Shannon M. Jennings, MD

# Physician Directory

Hospital Directory     Pharmacy Directory     Insurance Directory

Search by Name, Specialty, Condition or Procedure | Saint Charles, MO 63304 | Find Physician

### Shannon M. Jennings, MD
Psychiatry

★★★★★
Be the First to Rate This Doctor

Is this you? Enhance your profile.

Assisted Recovery Centers Of America
6651 Chippewa St Ste 224
Saint Louis, MO 63109

(314) 645-6840

Overview    Experience    Ratings    Insurance    Office Information

## Dr. Jennings's Overview

Dr. Jennings works in Saint Louis, MO and specializes in Psychiatry.

PLAINTIFF'S EXHIBIT 13

## Dr. Jennings's Experience

**Years in Practice:** Not Available

**Dr. Jennings's Specialties**

Psychiatry

**Dr. Jennings's Education & Training**

**Medical School:** Not Available

## Dr. Jennings's Rating

Rate This Doctor

**Overall Rating**
Be the First to Rate This Doctor

★★★★★

**Physician**

Explains conditions & treatments       ★★★★★

Takes time to answer my questions      ★★★★★