# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 17-1507
_____

The Estate of Michael Schwartz; Brenda Fischer

Plaintiffs - Appellants

v.

Assisted Recovery Centers of America, LLC; Percy Menzies; Judealyne Menzies; Suneal Menzies; Tim Dalaviras, Ph.D; Andrea Shaw; Paul Selvadurai, M.D.; Katherine Kruse; Sheryl Castro; Shannon Jennings, M.D.

Defendants - Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:16-cv-00673-JMB)
_____

**JUDGMENT**

Appellant's motion to dismiss the appeal is granted. The appeal is hereby dismissed in accordance with the Federal Rules of Appellate Procedure 42(b).

The Court's mandate shall issue forthwith.


November 15, 2017


Order Entered Under Rule 27A(a):
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans