# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

No: 17-1507

The Estate of Michael Schwartz and Brenda Fischer

Appellants

v.

Assisted Recovery Centers of America, LLC, et al.

Appellees

_____

Appeal from U.S. District Court for the Eastern District of Missouri - St. Louis
(4:16-cv-00673-JMB)
_____

**MANDATE**

In accordance with the judgment of 11/15/2017, and pursuant to the provisions of Federal Rule of Appellate Procedure 41(a), the formal mandate is hereby issued in the above-styled matter.

November 15, 2017

Clerk, U.S. Court of Appeals, Eighth Circuit